**Motion Granted; Order filed August 20, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00101-CR
_____

**JORGE GUERRERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 1354948**

## O R D E R

Appellant filed a motion requesting the clerk's record in this case to be supplemented with the juvenile clerk's record in cause number 2012-00331J in the 314th Juvenile District Court.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before September 20, 2013, containing the juvenile clerk's record in cause number 2012-00331J in the 314th Juvenile District Court.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

Appellant's brief is due 30 days after the date the supplemental clerk's record is filed.


PER CURIAM